UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Via Facsimile**



In the Matter of:

SALMEN LOKSEN,
        Plaintiff,

v.

COLUMBIA UNIVERSITY, et.al.
        Defendants.

12 Civ. 7701 (CM) (KNF)

REQUEST TO POSTPONE THE

SCHEDULED PRE-TRIAL HEARING

~~~~~~ ENDORSED

| To: | Hon. Colleen McMahon | Court Deputy - M. DeJesus |
|---|---|---|
| | United States District Judge | Deputy Phone - (212) 805-6325 |
| | 500 Pearl St., Courtroom 14C | Fax:     (212) 805-6326 |
| | New York, NY 10007-1312 | |

Re:  **12/5/12 ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE
FOR JANUARY 11, 2013**

Your Honor,

I am the plaintiff in the above case. I am writing to inform you that I still am in the process of

serving the Summons on the defendants, and therefore I request a rescheduling of the Initial

Pretrial Conference which is presently set for 1/11/2011 in courtroom 14C, 500 Pearl Street,

New York, New York 10007 at 9:30 a.m. (copy attached). The Summons will be served on the

Defendants prior to the 120 day period.

Dated: January 7, 2013
      ~~Brooklyn, New York~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/13

Respectfully submitted,

Salmen Loksen, *Pro Se Plaintiff*
612 Empire Boulevard
Brooklyn, NY 11213
Tel: (347) 407-3946
Fax: (718) 874-0016

CC:  Pro Se Office
     USDC Southern District of New York
     500 Pearl Street, Room 200
     New York, New York 10007

*1/9/13 adjournment
no - please and you
come in any day
you plan
it not
have served.*

*Colleen McMahon*