UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SALMEN LOKSEN,

                         Plaintiff,                       12 Civ. 7701(CM)

   -against-

COLUMBIA UNIVERSITY, DAVID J. BRENNER,
LISA HOGARTY, LUCINDA DURNING, and
JOHN DOE,

                        Defendants.
-----------------------------------------------------------------x

## ORDER

McMahon, J.:

     On January 9, 2013, Plaintiff was ordered to appear before this Court on January 11, 2013 at 9:30 AM to explain his failure to serve any of the defendants. Plaintiff did not appear.

     There will be no extensions of the 120-day service period. Fed. R. Civ. P. 4(m). Plaintiff filed his complaint on October 16, 2012. Thus, he must serve the defendants by no later than February 13, 2013.

Dated: January 11, 2013

                                                U.S.D.J.

BY FIRST CLASS MAIL TO:

Salmen Loksen
580 Crown Street
Apt. #515
Brooklyn, NY 11213

