12CV7701

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lucinda J. Durning**
was received by me on *(date)* **2/4/2013**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Receptionist** Black Woman 25-30 yrs of age, *See Note*, a person of suitable age and discretion who resides there,
on *(date)* **2/4/2013**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **20** for travel and $ **40** for services, for a total of $ **60.00**.

I declare under penalty of perjury that this information is true.

Date: **2/4/2013**

*Server's signature*

**Samuel Loksen**
*Printed name and title*

**580 Crown St, Bklyn, N.Y.**
*Server's address*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2013

Additional information regarding attempted service, etc:

I presented the summons to the receptionist at the front desk at 557 Broadway, N.Y. The Defendents place of work. A Black Woman 5ft 4inch 140 lbs, 25-30 year of age. She refused to accept. I asked if I could go to Ms. Durnings office, she said No. I was refused access. I placed the summons on the receptionist counter.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

Salmen Loksen
*Plaintiff*

v.

Columbia University et.el.
*Defendant*

12 CIV 7701

Civil Action No.

JUDGE McMAHON

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salmen Loksey
580 Crown St #515
Brooklyn, N.Y 11213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: OCT 1 6 2012

*Signature of Clerk or Deputy Clerk*



COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

CRAIG ZRALY
Paralegal
Office of the General Counsel

412 Low Memorial Library
535 West 116th Street, MC 4308
New York, NY 10027
212-854-7990  Fax 212-222-8505   cz@gc.columbia.edu